■

**Emiliano SANTIAGO, Petitioner–Appellant,**

v.

**Donald H. RUMSFELD, Secretary of Defense; Les Brownlee, Secretary of the United States Department of the Army (Acting); Raymond Byrne, Acting Adjutant General of the Oregon National Guard; David Doran, Captain, Detachment One, Company D, 113 Aviation Unit Commander, Respondents–Appellees.**

No. 05–35005.

United States Court of Appeals,
Ninth Circuit.

Argued, Submitted and Filed
April 6, 2005.

Steven Goldberg, Esq., Goldberg, Mechanic, Stuart and Gibson, LLP, Portland, OR, for the appellant.

H. Thomas Byron, III, Department of Justice, Washington, DC, for the appellees.

Before WILLIAM C. CANBY, JR., RICHARD C. TALLMAN, and JOHNNIE B. RAWLINSON, Circuit Judges.

**ORDER**

The appellant's urgent motion for injunction pending appeal, which seeks to enjoin his deployment to Afghanistan, is **DENIED.**

*inger v. Dep't. of Corr.,* 134 Wash.2d 437, 951

The judgment of the District Court is **AFFIRMED.** An opinion or opinions will follow in due course.

■

**Emiliano SANTIAGO, Petitioner–Appellant,**

v.

**Donald H. RUMSFELD, Secretary of Defense; Les Brownlee, Secretary of the United States Department of the Army (Acting); Raymond Byrne, Acting Adjutant General of the Oregon National Guard; David Doran, Captain, Detachment One, Company D, 113 Aviation Unit Commander, Respondents–Appellees.**

No. 05–35005.

United States Court of Appeals,
Ninth Circuit.

April 7, 2005.

David S. Ettinger, Esq., Lisa R. Jaskol, Esq., Jon B. Eisenberg, Esq., Horvitz & Levy, Encino, CA, Steven Goldberg, Esq., Goldberg, Mechanic, Stuart & Gibson, Llp, Portland, OR, for Petitioner–Appellant.

Robert M. Loeb, Esq., H. Thomas Byron, III, Esq., Washington, DC, for Respondents–Appellees.

Michael S. Sorgen, Esq., Law Offices of Michael Sorgen, San Francisco, CA, for Amicus.

Before: THOMAS, Circuit Judge and En Banc Coordinator.

P.2d 782, 788 (Wash.1998).